CLAUDINE JOHNSON GATES (SPEISER) v. ROY LEE GATES

No. 432A84

(Filed 8 January 1985)

PLAINTIFF appeals as a matter of right, pursuant to G.S. 7A-30(2), from a decision of a divided panel of the Court of Appeals, 69 N.C. App. 421, 317 S.E. 2d 402 (1984), denying plaintiff's motion to dismiss defendant's appeal, vacating the judgment entered on 21 January 1983 by *Fuller, J.*, in District Court, DAVIDSON County and remanding the case for further proceedings.

*J. Calvin Cunningham and Charles E. Frye, III, for plaintiff-appellant.*

*Brinkley, Walser, McGirt, Miller & Smith, by Charles H. Mc-Girt and Stephen W. Coles, for defendant-appellee.*

PER CURIAM.

The decision of the Court of Appeals is

Affirmed.

Justice VAUGHN did not participate in the consideration or decision of this case.